KEN M. MARKOWITZ (SBN 104674)
KIMBERLY I. McINTYRE (SBN 184648)
KENNEY & MARKOWITZ L.L.P.
255 California Street, Suite 1300
San Francisco, CA 94111
Telephone: (415) 397-3100
Facsimile: (415) 397-3170
Email: kmarkowitz@kennmark.com
kmcintyre@kennmark.com

FILED
CLERK, U.S. DISTRICT COURT
JUN 30 2009
CENTRAL DISTRICT OF CALIFORNIA
BY                             DEPUTY

Attorneys for Defendants
SKYWEST AIRLINES, INC., Erroneously Sued And Served
As SKYWEST AIRLINES, And UNITED AIR LINES, INC.,
Erroneously Sued And Served As UNITED AIRLINES

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION – ECF PROGRAM

| | |
|---|---|
| KATHY RICHMAN,<br><br>Plaintiff,<br><br>v.<br><br>SKYWEST AIRLINES, UNITED AIRLINES and EMBRAER MANUFACTURING COMPANY, DOES 1 to 20, inclusive,<br><br>Defendants. | CASE NO. CV07-1924 SVW (PJWx)<br><br>[~~PROPOSED~~] JUDGMENT |

This action, on motion by defendants SkyWest Airlines, Inc., erroneously sued and served as SkyWest Airlines ("SkyWest"), and United Air Lines, Inc., erroneously sued and served as United Airlines ("United"), for summary judgment, came before the Court, Hon. Stephen V. Wilson, District Judge Presiding, and the

evidence presented having been fully considered, the issues having been duly heard and a decision having been duly rendered.

IT IS ORDERED AND ADJUDGED that the plaintiff take nothing from defendants SkyWest and United, that the action be dismissed on the merits as to SkyWest and United, and that SkyWest and United recover their costs.

DATED: 6/30/09

_____
STEPHEN V. WILSON
UNITED STATED DISTRICT JUDGE